NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000493
30-DEC-2025
08:31 AM
Dkt. 202 ODSD**

NO. CAAP-25-0000493

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STOTT PROPERTY MANAGEMENT LLC, as managing agent,
Plaintiff/Counterclaim Defendant-Appellee,
v.
KELVIN SIMMONS,
Defendant/Counterclaimant-Appellant; and
LEONIDA SIMMONS,
Defendant/Counterclaimant-Appellee.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-24-0000518)

ORDER DISMISSING APPEAL
(By: Nakasone, Chief Judge, McCullen and Guidry, JJ.)

Upon review of the record, it appears that:

(1) Defendant/Counterclaim-Appellant Kelvin Simmons (**Simmons**) filed the notice of appeal in this matter on July 7, 2025. The record on appeal was filed on August 26, 2025. The statement of jurisdiction and opening brief were due, without extension, on September 5, 2025 and October 6, 2025, respectively. Hawaiʻi Rules of Appellate Procedure (HRAP) Rules 12.1(a), 28(b).

(2) On October 13, 2025, the appellate clerk entered a *Default of Statement of Jurisdiction and Opening Brief*, stating the time for filing the statement of jurisdiction expired on September 5, 2025; the time for filing the opening brief expired on October 6, 2025; the matter would be called to the court's

attention on October 23, 2025 for action that could include dismissal, pursuant to HRAP Rules 12.1(e) and 30; and that Simmons could seek relief from default by motion.

(3)  Simmons has not filed a motion seeking relief from default, and has not filed the statement of jurisdiction and opening brief.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, December 30, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge